**Order entered May 28, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00232-CV

## ROSE TRADING, LLC, Appellant

## V.

## WEI WEI AND BRIAN HUNTER, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12859**

### ORDER

Before the Court is the May 27, 2021 unopposed motion of appellee Brian Hunter for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **June 17, 2021**.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE